*In re* MIGUEL A. GARCÍA MÉNDEZ.

*Número:* 601          *Resuelto:* 16 de junio de 1995

## RESOLUCIÓN

Vista la Moción Informativa del Colegio de Abogados al efecto de que el Lcdo. Miguel A. García Méndez ha sido dado de baja de dicho colegio a petición de éste, *se accede a lo solicitado y se autoriza la inactivación de dicho abogado como licenciado para ejercer la profesión jurídica en Puerto Rico y como miembro de la referida institución.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*